J. Henk Taylor (016321)
**RYAN RAPP & UNDERWOOD, P.L.C.**
3200 North Central Avenue, Suite 2250
Phoenix, Arizona 85012
Telephone: (602) 280-1000
Facsimile: (602) 265-1495
E-Mail: htaylor@rrulaw.com

Jeffrey M. Eilender (*admitted pro hac vice*)
Bradley J. Nash (*admitted pro hac vice*)
Joshua Wurtzel (*admitted pro hac vice*)
**SCHLAM STONE & DOLAN LLP**
26 Broadway
New York, New York 10004
Telephone: (212) 344-5400
Facsimile: (212) 344-7677
E-Mail: jeilender@schlamstone.com
E-Mail: bnash@schlamstone.com
E-Mail: jwurtzel@schlamstone.com

*Attorneys for Plaintiff Resource Recovery Corporation*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Resource Recovery Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Inductance Energy Corporation; Wyo Tech Investment Group, LLC; RDX Technologies Corporation; William J. Hinz; Judie Hinz; Anthony Ker; Yasmin Ker; Richard Carrigan; and Melissa Carrigan,<br><br>Defendants. | Case No.: 2:20-cv-00764-SPL<br><br>**REPLY DECLARATION OF <u>JOSHUA WURTZEL</u>** |

In accordance with 28 U.S.C. § 1746, **JOSHUA WURTZEL**, declares, under the penalty of perjury, the following to be true and correct.

1. I am counsel at Schlam Stone & Dolan LLP, co-counsel with Ryan Rapp & Underwood, P.L.C. for Plaintiff Resource Recovery Corporation ("RRC") in this action. I submit this reply declaration in further support of RRC's renewed motion for summary judgment (Dkt. No. 75). Unless otherwise specified, the matters below are based on my personal knowledge and a review of my firm's files.

2. An e-mail chain between David Timchak and me, dated February 28 through March 11, 2020 and bates stamped J_001883, is attached as Exhibit A.

Dated: May 27, 2021

*Joshua Wurtzel*
Joshua Wurtzel